**DISMISS; and Opinion Filed February 20, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00107-CV

### IN THE INTEREST OF B.B. AND B.B., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-14253**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Osborne

Before the Court is appellant's February 15, 2019 pro se motion to withdraw the appeal.

In the motion, appellant states that when she filed her appeal she did not understand the nature of

the pleading she filed. However, appellant now states that she "has clarity and understanding on

an appropriate course of action to pursue at this time." Accordingly, we grant appellant's motion

to withdraw and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

190107F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF B.B. AND B.B., CHILDREN

No. 05-19-00107-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-18-14253.
Opinion delivered by Justice Osborne, Justices Myers and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 20th day of February 2019.